UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| NATHANIEL MCCOY-WINSTON,<br><br>　　　　　　　Plaintiff,<br><br>　　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　　　　Defendant. | Case No. C20-779-MLP<br><br>MINUTE ORDER |

　　　　The following Minute Order is made at the direction of the Court, the Hon. Michelle L. Peterson, United States Magistrate Judge:

　　　　This matter is before the Court on Defendant's motion for summary judgment ("Defendant's Motion"), which became ripe for the Court's consideration on February 11, 2022. (Dkt. # 64.) On February 11, 2022, Defendant filed a reply brief that contained motions to strike requesting that the Court strike photographs and a portion of Plaintiff's declaration that were submitted by Plaintiff in response to Defendant's Motion. (Dkt. # 64 at 1-4.) On February 15, 2022, the Court was advised in an email from the parties that Plaintiff sought to file a surreply in response to Defendant's motions to strike.

　　　　Pursuant to Local Civil Rule 7(g), a party may request to strike material attached to a submission by the opposing party. However, LCR 7(g) only provides for a surreply to request to

MINUTE ORDER - 1

strike material that was contained in or attached to a reply brief. LCR 7(g) requires that a surreply be subject to the following requirements:

>   (1)   That party must file a notice of intent to file a surreply as soon after receiving the reply brief as practicable;
>
>   (2)   The surreply must be filed within five days of the filing of the reply brief, and shall be strictly limited to addressing the request to strike. Extraneous argument or a surreply filed for any other reason will not be considered;
>
>   (3)   The surreply shall not exceed three pages . . . .

LCR 7(g).

Here, Defendant submitted its motions to strike in its reply brief (dkt. # 64 at 1-4), and therefore, the Court finds it appropriate to allow Plaintiff a responsive brief to address Defendant's strike requests. Accordingly, Plaintiff is permitted to file a surreply subject to LCR 7(g)'s surreply requirements on or before **February 21, 2022.** The Clerk is directed to re-note Defendant's Motion (dkt. # 64) for the Court's consideration on **February 21, 2022**. This will conclude the briefing on Defendant's Motion.

Dated this 16th day of February, 2022.

Ravi Subramanian  
Clerk of Court

By: /s/Tim Farrell  
Deputy Clerk

MINUTE ORDER - 2