The Honorable Michelle Peterson

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| NATHANIEL MCCOY-WINSTON,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>UNITED PARCEL SERVICE, INC.,<br><br>　　　　　　　Defendant. | No. 2:20-cv-00779 MLP<br><br>**NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL**<br><br>[Clerk's Action Required] |

**TO:** 　　　**NATHANIEL MCCOY-WINSTON, Plaintiff**

**AND TO:** 　**CHELLIE HAMMACK and CM HAMMACK LAW FIRM, Counsel for Plaintiff**

Notice is hereby given that Portia R. Moore and Rebecca Shelton of Davis Wright Tremaine LLP are hereby withdrawing as local counsel for Defendant United Parcel Service, Inc. ("Defendant" and/or "UPS"), and that Gregory A. Hendershott and Melissa K. Mordy of Davis Wright Tremaine LLP are hereby substituting as local counsel for Defendant United Parcel Service, Inc.

Copies of all future papers and pleadings herein, except original process, shall be served upon the substituted attorneys of record.  This withdrawal and substitution of counsel does not affect the appearances of any other attorneys who have filed notices of appearance or that have appeared *pro hac vice* in this case on behalf of Defendant.

///

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 1
(Case No. 2:20-cv-00779 MLP)
4869-9959-4782v.1 0106039-000063

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA  98104-1610
206.622.3150 main · 206.757.7700 fax

1     DATED this 28th day of April, 2022.

**DAVIS WRIGHT TREMAINE LLP**
*Appearing Attorneys for Defendant United Parcel Service, Inc.*

By   */s/ Gregory A. Hendershott*
By   */s/ Melissa K. Mordy*
    **Gregory A. Hendershott, WSBA #27838**
    **Melissa K. Mordy, WSBA #41879**
    929 108th Avenue NE, Suite 1500
    Bellevue, WA 98004-4786
    Telephone: 425.646.6100
    Email: gregoryhendershott@dwt.com
    Email: missymordy@dwt.com

**DAVIS WRIGHT TREMAINE LLP**
*Withdrawing Attorneys for Defendant United Parcel Service, Inc.*

By   */s/ Portia R. Moore*
By   */s/ Rebecca Shelton*
    **Portia R. Moore, WSBA #13354**
    **Rebecca Shelton, WSBA #55711**
    DAVIS WRIGHT TREMAINE LLP
    920 Fifth Avenue, Suite 3300
    Seattle, WA 98104-1610
    Telephone: 206.622.3150
    Email: portiamoore@dwt.com
    Email: rebeccashelton@dwt.com

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 2
(Case No. 2:20-cv-00779 MLP)
4869-9959-4782v.1 0106039-000063

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax

**CERTIFICATE OF SERVICE**

I hereby certify that I caused a true and correct copy of the document to which this Certificate of Service is attached to be served in the manner as indicated below:

| | |
|---|---|
| Chellie Hammack, WSBA #31796<br>CM HAMMACK LAW FIRM<br>1001 Fourth Avenue, Suite 3200<br>Seattle, WA 98154<br>Telephone: 206.223.1909<br>Fax: 206.223.1923<br>Email: cmh@hammack-law.com<br>Attorneys for Plaintiff | ☐ Via Legal Messenger<br>☐ Via U.S. Mail, postage prepaid<br>☐ Via Federal Express<br>☐ Via Facsimile<br>☐ Via Electronic Mail<br>☒ **Via Court ECF** |

Declared under penalty of perjury under the laws of the State of Washington.

DATED at Renton, Washington this 28th day of April, 2022.

*/s/ Greta Nelson*
Greta Nelson, Legal Assistant
DAVIS WRIGHT TREMAINE LLP
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
Telephone: 206.757.8716
Email: gretanelson@dwt.com

NOTICE OF WITHDRAWAL AND SUBSTITUTION OF COUNSEL - 3
(Case No. 2:20-cv-00779 MLP)
4869-9959-4782v.1 0106039-000063

Davis Wright Tremaine LLP
LAW OFFICES
920 Fifth Avenue, Suite 3300
Seattle, WA 98104-1610
206.622.3150 main · 206.757.7700 fax